# EXHIBIT "A"



# EXHIBIT "B"

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tisle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-349-196

**Effective Date of Registration:**
March 18, 2019

---

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

### Title _____

|  |  |
|---|---|
| **Title of Group:** | VERSED01-GROUP_4_OF_5 |
| **Number of Photographs in Group:** | 750 |

- **Individual Photographs:** VERSED01-19-02-12-H_089.jpg, VERSED01-19-02-12-H_090.jpg, VERSED01-19-02-12-H_091.jpg, VERSED01-19-02-12-H_092.jpg, VERSED01-19-02-12-H_093.jpg, VERSED01-19-02-12-H_094.jpg, VERSED01-19-02-12-H_095.jpg, VERSED01-19-02-12-H_096.jpg, VERSED01-19-02-12-H_097.jpg, VERSED01-19-02-12-H_098.jpg, VERSED01-19-02-12-H_099.jpg, VERSED01-19-02-12-H_100.jpg, VERSED01-19-02-12-H_101.jpg, VERSED01-19-02-12-H_102.jpg, VERSED01-19-02-12-H_103.jpg, VERSED01-19-02-12-H_104.jpg, VERSED01-19-02-12-H_105.jpg, VERSED01-19-02-12-H_106.jpg, VERSED01-19-02-12-H_107.jpg, VERSED01-19-02-12-H_108.jpg, VERSED01-19-02-12-H_109.jpg, VERSED01-19-02-12-H_110.jpg, VERSED01-19-02-12-H_111.jpg, VERSED01-19-02-12-H_112.jpg, VERSED01-19-02-12-H_113.jpg, VERSED01-19-02-12-H_114.jpg, VERSED01-19-02-12-H_115.jpg, VERSED01-19-02-12-H_116.jpg, VERSED01-19-02-12-H_117.jpg, VERSED01-19-02-12-H_118.jpg, VERSED01-19-02-12-H_119.jpg, VERSED01-19-02-12-H_120.jpg, VERSED01-19-02-12-H_121.jpg, VERSED01-19-02-12-H_122.jpg, VERSED01-19-02-12-H_123.jpg, VERSED01-19-02-12-H_124.jpg, VERSED01-19-02-12-H_125.jpg, VERSED01-19-02-12-H_126.jpg, VERSED01-19-02-12-H_127.jpg, VERSED01-19-02-12-H_128.jpg, VERSED01-19-02-12-H_129.jpg, VERSED01-19-02-12-H_130.jpg, VERSED01-19-02-12-H_131.jpg, VERSED01-19-02-12-H_132.jpg, VERSED01-19-02-12-H_133.jpg, VERSED01-19-02-12-H_134.jpg, VERSED01-19-02-12-H_135.jpg, VERSED01-19-02-12-H_136.jpg, VERSED01-19-02-12-H_137.jpg, VERSED01-19-02-12-H_138.jpg, VERSED01-19-02-12-H_139.jpg, VERSED01-19-02-12-H_140.jpg, VERSED01-19-02-12-H_141.jpg, VERSED01-19-02-12-H_142.jpg, VERSED01-19-02-12-H_143.jpg, VERSED01-19-02-12-H_144.jpg, VERSED01-19-02-12-H_145.jpg, VERSED01-19-02-12-H_146.jpg, VERSED01-19-02-12-H_147.jpg, VERSED01-19-02-12-H_148.jpg,

- **Individual Photographs:** VERSED01-19-02-12-H_149.jpg, VERSED01-19-02-12-H_150.jpg, VERSED01-19-02-12-H_151.jpg, VERSED01-19-02-12-H_152.jpg, VERSED01-19-02-12-H_153.jpg, VERSED01-19-02-12-H_154.jpg, VERSED01-19-02-12-H_155.jpg, VERSED01-19-02-12-H_156.jpg, VERSED01-19-02-12-H_157.jpg, VERSED01-19-02-12-H_158.jpg,

VERSED01-19-02-12-H_159.jpg, VERSED01-19-02-12-H_160.jpg,
VERSED01-19-02-12-H_161.jpg, VERSED01-19-02-12-H_162.jpg,
VERSED01-19-02-12-H_163.jpg, VERSED01-19-02-12-H_164.jpg,
VERSED01-19-02-12-H_165.jpg, VERSED01-19-02-12-H_166.jpg,
VERSED01-19-02-12-H_167.jpg, VERSED01-19-02-12-H_168.jpg,
VERSED01-19-02-12-H_169.jpg, VERSED01-19-02-12-H_170.jpg,
VERSED01-19-02-12-H_171.jpg, VERSED01-19-02-12-H_172.jpg,
VERSED01-19-02-12-H_173.jpg, VERSED01-19-02-12-H_174.jpg,
VERSED01-19-02-12-H_175.jpg, VERSED01-19-02-12-H_176.jpg,
VERSED01-19-02-12-H_177.jpg, VERSED01-19-02-12-H_178.jpg,
VERSED01-19-02-12-H_179.jpg, VERSED01-19-02-12-H_180.jpg,
VERSED01-19-02-12-H_181.jpg, VERSED01-19-02-12-H_182.jpg,
VERSED01-19-02-12-H_183.jpg, VERSED01-19-02-12-H_184.jpg,
VERSED01-19-02-12-H_185.jpg, VERSED01-19-02-12-H_186.jpg,
VERSED01-19-02-12-H_187.jpg, VERSED01-19-02-12-H_188.jpg,
VERSED01-19-02-12-H_189.jpg, VERSED01-19-02-12-H_190.jpg,
VERSED01-19-02-12-H_191.jpg, VERSED01-19-02-12-H_192.jpg,
VERSED01-19-02-12-H_193.jpg, VERSED01-19-02-12-H_194.jpg,
VERSED01-19-02-12-H_195.jpg, VERSED01-19-02-12-H_196.jpg,
VERSED01-19-02-12-H_197.jpg, VERSED01-19-02-12-H_198.jpg,
VERSED01-19-02-12-H_199.jpg, VERSED01-19-02-12-H_200.jpg,
VERSED01-19-02-12-H_201.jpg, VERSED01-19-02-12-H_202.jpg,
VERSED01-19-02-12-H_203.jpg, VERSED01-19-02-12-H_204.jpg,
VERSED01-19-02-12-H_205.jpg, VERSED01-19-02-12-H_206.jpg,
VERSED01-19-02-12-H_207.jpg, VERSED01-19-02-12-H_208.jpg,

- **Individual Photographs:** VERSED01-19-02-12-H_209.jpg, VERSED01-19-02-12-H_210.jpg,
VERSED01-19-02-12-H_211.jpg, VERSED01-19-02-12-H_212.jpg,
VERSED01-19-02-12-H_213.jpg, VERSED01-19-02-12-H_214.jpg,
VERSED01-19-02-12-H_215.jpg, VERSED01-19-02-12-H_216.jpg,
VERSED01-19-02-12-H_217.jpg, VERSED01-19-02-12-H_218.jpg,
VERSED01-19-02-12-H_219.jpg, VERSED01-19-02-12-H_220.jpg,
VERSED01-19-02-12-H_221.jpg, VERSED01-19-02-12-H_222.jpg,
VERSED01-19-02-12-H_223.jpg, VERSED01-19-02-12-H_224.jpg,
VERSED01-19-02-12-H_225.jpg, VERSED01-19-02-12-H_226.jpg,
VERSED01-19-02-12-H_227.jpg, VERSED01-19-02-12-H_228.jpg,
VERSED01-19-02-12-H_229.jpg, VERSED01-19-02-12-H_230.jpg,
VERSED01-19-02-12-H_231.jpg, VERSED01-19-02-12-H_232.jpg,
VERSED01-19-02-12-H_233.jpg, VERSED01-19-02-12-H_234.jpg,
VERSED01-19-02-12-H_235.jpg, VERSED01-19-02-12-H_236.jpg,
VERSED01-19-02-12-H_237.jpg, VERSED01-19-02-12-H_238.jpg,
VERSED01-19-02-12-H_239.jpg, VERSED01-19-02-12-H_240.jpg,
VERSED01-19-02-12-H_241.jpg, VERSED01-19-02-12-H_242.jpg,
VERSED01-19-02-12-H_243.jpg, VERSED01-19-02-12-H_244.jpg,
VERSED01-19-02-12-H_245.jpg, VERSED01-19-02-12-H_246.jpg,
VERSED01-19-02-12-H_247.jpg, VERSED01-19-02-12-H_248.jpg,
VERSED01-19-02-12-H_249.jpg, VERSED01-19-02-12-H_250.jpg,
VERSED01-19-02-12-H_251.jpg, VERSED01-19-02-12-H_252.jpg,
VERSED01-19-02-12-H_253.jpg, VERSED01-19-02-12-H_254.jpg,
VERSED01-19-02-12-H_255.jpg, VERSED01-19-02-12-H_256.jpg,
VERSED01-19-02-12-H_257.jpg, VERSED01-19-02-12-H_258.jpg,
VERSED01-19-02-12-H_259.jpg, VERSED01-19-02-12-H_260.jpg,
VERSED01-19-02-12-H_261.jpg, VERSED01-19-02-12-H_262.jpg,
VERSED01-19-02-12-H_263.jpg, VERSED01-19-02-12-H_264.jpg,
VERSED01-19-02-12-H_265.jpg, VERSED01-19-02-12-H_266.jpg,
VERSED01-19-02-12-H_267.jpg, VERSED01-19-02-12-H_268.jpg,



- **Individual Photographs:** VERSED01-19-02-12-H_269.jpg, VERSED01-19-02-12-H_270.jpg,
  VERSED01-19-02-12-H_271.jpg, VERSED01-19-02-12-H_272.jpg,
  VERSED01-19-02-12-H_273.jpg, VERSED01-19-02-12-H_274.jpg,
  VERSED01-19-02-12-H_275.jpg, VERSED01-19-02-12-H_276.jpg,
  VERSED01-19-02-12-H_277.jpg, VERSED01-19-02-12-H_278.jpg,
  VERSED01-19-02-12-H_279.jpg, VERSED01-19-02-12-H_280.jpg,
  VERSED01-19-02-12-H_281.jpg, VERSED01-19-02-12-H_282.jpg,
  VERSED01-19-02-12-H_283.jpg, VERSED01-19-02-12-H_284.jpg,
  VERSED01-19-02-12-H_285.jpg, VERSED01-19-02-12-H_286.jpg,
  VERSED01-19-02-12-H_287.jpg, VERSED01-19-02-12-H_288.jpg,
  VERSED01-19-02-12-H_289.jpg, VERSED01-19-02-12-H_290.jpg,
  VERSED01-19-02-12-H_291.jpg, VERSED01-19-02-12-H_292.jpg,
  VERSED01-19-02-12-H_293.jpg, VERSED01-19-02-12-H_294.jpg,
  VERSED01-19-02-12-H_295.jpg, VERSED01-19-02-12-H_296.jpg,
  VERSED01-19-02-12-H_297.jpg, VERSED01-19-02-12-H_298.jpg,
  VERSED01-19-02-12-H_299.jpg, VERSED01-19-02-12-H_300.jpg,
  VERSED01-19-02-12-H_301.jpg, VERSED01-19-02-12-H_302.jpg,
  VERSED01-19-02-12-H_303.jpg, VERSED01-19-02-12-H_304.jpg,
  VERSED01-19-02-12-H_305.jpg, VERSED01-19-02-12-H_306.jpg,
  VERSED01-19-02-12-H_307.jpg, VERSED01-19-02-12-H_308.jpg,
  VERSED01-19-02-12-H_309.jpg, VERSED01-19-02-12-H_310.jpg,
  VERSED01-19-02-12-H_311.jpg, VERSED01-19-02-12-H_312.jpg,
  VERSED01-19-02-12-H_313.jpg, VERSED01-19-02-12-H_314.jpg,
  VERSED01-19-02-12-H_315.jpg, VERSED01-19-02-12-H_316.jpg,
  VERSED01-19-02-12-H_317.jpg, VERSED01-19-02-12-H_318.jpg,
  VERSED01-19-02-12-H_319.jpg, VERSED01-19-02-12-H_320.jpg,
  VERSED01-19-02-12-H_321.jpg, VERSED01-19-02-12-H_322.jpg,
  VERSED01-19-02-12-H_323.jpg, VERSED01-19-02-12-H_324.jpg,
  VERSED01-19-02-12-H_325.jpg, VERSED01-19-02-12-H_326.jpg,
  VERSED01-19-02-12-H_327.jpg, VERSED01-19-02-12-H_328.jpg,

- **Individual Photographs:** VERSED01-19-02-12-H_329.jpg, VERSED01-19-02-12-I_001.jpg,
  VERSED01-19-02-12-I_002.jpg, VERSED01-19-02-12-I_004.jpg,
  VERSED01-19-02-12-I_005.jpg, VERSED01-19-02-12-I_006.jpg,
  VERSED01-19-02-12-I_007.jpg, VERSED01-19-02-12-I_008.jpg,
  VERSED01-19-02-12-I_009.jpg, VERSED01-19-02-12-I_010.jpg,
  VERSED01-19-02-12-I_011.jpg, VERSED01-19-02-12-I_012.jpg,
  VERSED01-19-02-12-I_013.jpg, VERSED01-19-02-12-I_014.jpg,
  VERSED01-19-02-12-I_015.jpg, VERSED01-19-02-12-I_016.jpg,
  VERSED01-19-02-12-I_017.jpg, VERSED01-19-02-12-I_018.jpg,
  VERSED01-19-02-12-I_019.jpg, VERSED01-19-02-12-I_020.jpg,
  VERSED01-19-02-12-I_021.jpg, VERSED01-19-02-12-I_023.jpg,
  VERSED01-19-02-12-I_024.jpg, VERSED01-19-02-12-I_025.jpg,
  VERSED01-19-02-12-I_027.jpg, VERSED01-19-02-12-I_028.jpg,
  VERSED01-19-02-12-I_029.jpg, VERSED01-19-02-12-I_030.jpg,
  VERSED01-19-02-12-I_031.jpg, VERSED01-19-02-12-I_032.jpg,
  VERSED01-19-02-12-I_033.jpg, VERSED01-19-02-12-I_034.jpg,
  VERSED01-19-02-12-I_035.jpg, VERSED01-19-02-12-I_036.jpg,
  VERSED01-19-02-12-I_037.jpg, VERSED01-19-02-12-I_038.jpg,
  VERSED01-19-02-12-I_039.jpg, VERSED01-19-02-12-I_040.jpg,
  VERSED01-19-02-12-I_041.jpg, VERSED01-19-02-12-I_042.jpg,
  VERSED01-19-02-12-I_043.jpg, VERSED01-19-02-12-I_044.jpg,
  VERSED01-19-02-12-I_045.jpg, VERSED01-19-02-12-I_046.jpg,
  VERSED01-19-02-12-I_047.jpg, VERSED01-19-02-12-I_048.jpg,
  VERSED01-19-02-12-I_049.jpg, VERSED01-19-02-12-I_050.jpg,
  VERSED01-19-02-12-I_051.jpg, VERSED01-19-02-12-I_052.jpg,
  VERSED01-19-02-12-I_053.jpg, VERSED01-19-02-12-I_054.jpg,
  VERSED01-19-02-12-I_055.jpg, VERSED01-19-02-12-I_056.jpg,

VERSED01-19-02-12-I_057.jpg, VERSED01-19-02-12-I_058.jpg,
VERSED01-19-02-12-I_059.jpg, VERSED01-19-02-12-I_060.jpg,
VERSED01-19-02-12-I_061.jpg, VERSED01-19-02-12-I_062.jpg,

- **Individual Photographs:**   VERSED01-19-02-12-I_063.jpg, VERSED01-19-02-12-I_064.jpg,
  VERSED01-19-02-12-I_065.jpg, VERSED01-19-02-12-I_066.jpg,
  VERSED01-19-02-12-I_067.jpg, VERSED01-19-02-12-I_068.jpg,
  VERSED01-19-02-12-I_069.jpg, VERSED01-19-02-12-I_070.jpg,
  VERSED01-19-02-12-I_071.jpg, VERSED01-19-02-12-I_072.jpg,
  VERSED01-19-02-12-I_073.jpg, VERSED01-19-02-12-I_074.jpg,
  VERSED01-19-02-12-I_075.jpg, VERSED01-19-02-12-I_076.jpg,
  VERSED01-19-02-12-I_077.jpg, VERSED01-19-02-12-I_078.jpg,
  VERSED01-19-02-12-I_080.jpg, VERSED01-19-02-12-I_081.jpg,
  VERSED01-19-02-12-I_082.jpg, VERSED01-19-02-12-I_083.jpg,
  VERSED01-19-02-12-I_084.jpg, VERSED01-19-02-12-I_085.jpg,
  VERSED01-19-02-12-I_086.jpg, VERSED01-19-02-12-I_087.jpg,
  VERSED01-19-02-12-I_088.jpg, VERSED01-19-02-12-I_089.jpg,
  VERSED01-19-02-12-I_091.jpg, VERSED01-19-02-12-I_092.jpg,
  VERSED01-19-02-12-I_093.jpg, VERSED01-19-02-12-I_094.jpg,
  VERSED01-19-02-12-I_095.jpg, VERSED01-19-02-12-I_096.jpg,
  VERSED01-19-02-12-I_097.jpg, VERSED01-19-02-12-I_104.jpg,
  VERSED01-19-02-12-I_105.jpg, VERSED01-19-02-12-I_106.jpg,
  VERSED01-19-02-12-I_108.jpg, VERSED01-19-02-12-I_109.jpg,
  VERSED01-19-02-12-I_110.jpg, VERSED01-19-02-12-I_111.jpg,
  VERSED01-19-02-12-I_112.jpg, VERSED01-19-02-12-I_113.jpg,
  VERSED01-19-02-12-I_114.jpg, VERSED01-19-02-12-I_115.jpg,
  VERSED01-19-02-12-I_116.jpg, VERSED01-19-02-12-I_117.jpg,
  VERSED01-19-02-12-I_118.jpg, VERSED01-19-02-12-I_119.jpg,
  VERSED01-19-02-12-I_120.jpg, VERSED01-19-02-12-I_121.jpg,
  VERSED01-19-02-12-I_122.jpg, VERSED01-19-02-12-I_123.jpg,
  VERSED01-19-02-12-I_124.jpg, VERSED01-19-02-12-I_125.jpg,
  VERSED01-19-02-12-I_126.jpg, VERSED01-19-02-12-I_127.jpg,
  VERSED01-19-02-12-I_128.jpg, VERSED01-19-02-12-I_129.jpg,
  VERSED01-19-02-12-I_130.jpg, VERSED01-19-02-12-I_131.jpg,

- **Individual Photographs:**   VERSED01-19-02-12-I_132.jpg, VERSED01-19-02-12-I_133.jpg,
  VERSED01-19-02-12-I_134.jpg, VERSED01-19-02-12-I_135.jpg,
  VERSED01-19-02-12-I_136.jpg, VERSED01-19-02-12-I_137.jpg,
  VERSED01-19-02-12-I_138.jpg, VERSED01-19-02-12-I_139.jpg,
  VERSED01-19-02-12-I_140.jpg, VERSED01-19-02-12-I_141.jpg,
  VERSED01-19-02-12-I_142.jpg, VERSED01-19-02-12-I_143.jpg,
  VERSED01-19-02-12-I_145.jpg, VERSED01-19-02-12-J_001.jpg,
  VERSED01-19-02-12-J_002.jpg, VERSED01-19-02-12-J_003.jpg,
  VERSED01-19-02-12-J_004.jpg, VERSED01-19-02-12-J_005.jpg,
  VERSED01-19-02-12-J_006.jpg, VERSED01-19-02-12-J_007.jpg,
  VERSED01-19-02-12-J_008.jpg, VERSED01-19-02-12-J_009.jpg,
  VERSED01-19-02-12-J_010.jpg, VERSED01-19-02-12-J_011.jpg,
  VERSED01-19-02-12-J_012.jpg, VERSED01-19-02-12-J_013.jpg,
  VERSED01-19-02-12-J_014.jpg, VERSED01-19-02-12-J_015.jpg,
  VERSED01-19-02-12-J_016.jpg, VERSED01-19-02-12-J_017.jpg,
  VERSED01-19-02-12-J_018.jpg, VERSED01-19-02-12-J_019.jpg,
  VERSED01-19-02-12-J_020.jpg, VERSED01-19-02-12-J_021.jpg,
  VERSED01-19-02-12-J_022.jpg, VERSED01-19-02-12-J_023.jpg,
  VERSED01-19-02-12-J_024.jpg, VERSED01-19-02-12-J_025.jpg,
  VERSED01-19-02-12-J_026.jpg, VERSED01-19-02-12-J_027.jpg,
  VERSED01-19-02-12-J_028.jpg, VERSED01-19-02-12-J_029.jpg,
  VERSED01-19-02-12-J_030.jpg, VERSED01-19-02-12-J_031.jpg,
  VERSED01-19-02-12-J_032.jpg, VERSED01-19-02-12-J_033.jpg,



VERSED01-19-02-12-J_034.jpg, VERSED01-19-02-12-J_035.jpg,
VERSED01-19-02-12-J_036.jpg, VERSED01-19-02-12-J_037.jpg,
VERSED01-19-02-12-J_038.jpg, VERSED01-19-02-12-J_039.jpg,
VERSED01-19-02-12-J_040.jpg, VERSED01-19-02-12-J_041.jpg,
VERSED01-19-02-12-J_042.jpg, VERSED01-19-02-12-J_043.jpg,
VERSED01-19-02-12-J_044.jpg, VERSED01-19-02-12-J_045.jpg,
VERSED01-19-02-12-J_046.jpg, VERSED01-19-02-12-J_047.jpg,

- **Individual Photographs:** VERSED01-19-02-12-J_048.jpg, VERSED01-19-02-12-J_049.jpg,
VERSED01-19-02-12-J_050.jpg, VERSED01-19-02-12-J_051.jpg,
VERSED01-19-02-12-J_052.jpg, VERSED01-19-02-12-J_053.jpg,
VERSED01-19-02-12-J_054.jpg, VERSED01-19-02-12-J_055.jpg,
VERSED01-19-02-12-J_056.jpg, VERSED01-19-02-12-J_057.jpg,
VERSED01-19-02-12-J_058.jpg, VERSED01-19-02-12-J_059.jpg,
VERSED01-19-02-12-J_060.jpg, VERSED01-19-02-12-J_061.jpg,
VERSED01-19-02-12-J_062.jpg, VERSED01-19-02-12-J_064.jpg,
VERSED01-19-02-12-J_065.jpg, VERSED01-19-02-12-J_066.jpg,
VERSED01-19-02-12-J_067.jpg, VERSED01-19-02-12-J_068.jpg,
VERSED01-19-02-12-J_069.jpg, VERSED01-19-02-12-J_070.jpg,
VERSED01-19-02-12-J_071.jpg, VERSED01-19-02-12-J_072.jpg,
VERSED01-19-02-12-J_073.jpg, VERSED01-19-02-12-J_074.jpg,
VERSED01-19-02-12-J_075.jpg, VERSED01-19-02-12-J_076.jpg,
VERSED01-19-02-12-J_077.jpg, VERSED01-19-02-12-J_078.jpg,
VERSED01-19-02-12-J_079.jpg, VERSED01-19-02-12-J_080.jpg,
VERSED01-19-02-12-J_081.jpg, VERSED01-19-02-12-J_082.jpg,
VERSED01-19-02-12-J_083.jpg, VERSED01-19-02-12-J_084.jpg,
VERSED01-19-02-12-J_085.jpg, VERSED01-19-02-12-J_086.jpg,
VERSED01-19-02-12-J_087.jpg, VERSED01-19-02-12-J_088.jpg,
VERSED01-19-02-12-J_089.jpg, VERSED01-19-02-12-J_090.jpg,
VERSED01-19-02-12-J_091.jpg, VERSED01-19-02-12-J_092.jpg,
VERSED01-19-02-12-J_093.jpg, VERSED01-19-02-12-J_094.jpg,
VERSED01-19-02-12-J_095.jpg, VERSED01-19-02-12-J_096.jpg,
VERSED01-19-02-12-J_097.jpg, VERSED01-19-02-12-J_098.jpg,
VERSED01-19-02-12-J_099.jpg, VERSED01-19-02-12-J_100.jpg,
VERSED01-19-02-12-J_101.jpg, VERSED01-19-02-12-J_102.jpg,
VERSED01-19-02-12-J_103.jpg, VERSED01-19-02-12-J_104.jpg,
VERSED01-19-02-12-J_105.jpg, VERSED01-19-02-12-J_106.jpg,
VERSED01-19-02-12-J_107.jpg, VERSED01-19-02-12-J_108.jpg,

- **Individual Photographs:** VERSED01-19-02-12-J_109.jpg, VERSED01-19-02-12-J_110.jpg,
VERSED01-19-02-12-J_111.jpg, VERSED01-19-02-12-J_112.jpg,
VERSED01-19-02-12-J_113.jpg, VERSED01-19-02-12-J_114.jpg,
VERSED01-19-02-12-J_115.jpg, VERSED01-19-02-12-J_116.jpg,
VERSED01-19-02-12-J_117.jpg, VERSED01-19-02-12-J_118.jpg,
VERSED01-19-02-12-J_119.jpg, VERSED01-19-02-12-J_120.jpg,
VERSED01-19-02-12-J_121.jpg, VERSED01-19-02-12-J_122.jpg,
VERSED01-19-02-12-J_123.jpg, VERSED01-19-02-12-J_124.jpg,
VERSED01-19-02-12-J_125.jpg, VERSED01-19-02-12-J_126.jpg,
VERSED01-19-02-12-J_127.jpg, VERSED01-19-02-12-J_128.jpg,
VERSED01-19-02-12-J_129.jpg, VERSED01-19-02-12-J_130.jpg,
VERSED01-19-02-12-J_131.jpg, VERSED01-19-02-12-J_132.jpg,
VERSED01-19-02-12-J_133.jpg, VERSED01-19-02-12-J_134.jpg,
VERSED01-19-02-12-J_135.jpg, VERSED01-19-02-12-J_136.jpg,
VERSED01-19-02-12-J_137.jpg, VERSED01-19-02-12-J_139.jpg,
VERSED01-19-02-12-J_140.jpg, VERSED01-19-02-12-J_141.jpg,
VERSED01-19-02-12-J_142.jpg, VERSED01-19-02-12-J_143.jpg,
VERSED01-19-02-12-J_144.jpg, VERSED01-19-02-12-J_145.jpg,
VERSED01-19-02-12-J_146.jpg, VERSED01-19-02-12-J_147.jpg,

VERSED01-19-02-12-J_148.jpg, VERSED01-19-02-12-J_149.jpg,
VERSED01-19-02-12-J_150.jpg, VERSED01-19-02-12-J_151.jpg,
VERSED01-19-02-12-J_152.jpg, VERSED01-19-02-12-J_153.jpg,
VERSED01-19-02-12-J_154.jpg, VERSED01-19-02-12-J_155.jpg,
VERSED01-19-02-12-J_156.jpg, VERSED01-19-02-12-J_157.jpg,
VERSED01-19-02-12-J_158.jpg, VERSED01-19-02-12-J_159.jpg,
VERSED01-19-02-12-J_160.jpg, VERSED01-19-02-12-J_161.jpg,
VERSED01-19-02-12-J_162.jpg, VERSED01-19-02-12-J_163.jpg,
VERSED01-19-02-12-J_164.jpg, VERSED01-19-02-12-J_165.jpg,
VERSED01-19-02-12-J_166.jpg, VERSED01-19-02-12-J_167.jpg,
VERSED01-19-02-12-J_168.jpg, VERSED01-19-02-12-J_169.jpg,

- **Individual Photographs:** VERSED01-19-02-12-J_170.jpg, VERSED01-19-02-12-J_171.jpg,
VERSED01-19-02-12-J_172.jpg, VERSED01-19-02-12-J_173.jpg,
VERSED01-19-02-12-J_174.jpg, VERSED01-19-02-12-J_175.jpg,
VERSED01-19-02-12-J_176.jpg, VERSED01-19-02-12-J_177.jpg,
VERSED01-19-02-12-J_178.jpg, VERSED01-19-02-12-J_179.jpg,
VERSED01-19-02-12-J_180.jpg, VERSED01-19-02-12-J_181.jpg,
VERSED01-19-02-12-J_182.jpg, VERSED01-19-02-12-J_183.jpg,
VERSED01-19-02-12-J_184.jpg, VERSED01-19-02-12-J_185.jpg,
VERSED01-19-02-12-J_186.jpg, VERSED01-19-02-12-J_187.jpg,
VERSED01-19-02-12-J_188.jpg, VERSED01-19-02-12-J_189.jpg,
VERSED01-19-02-12-J_190.jpg, VERSED01-19-02-12-J_191.jpg,
VERSED01-19-02-12-J_192.jpg, VERSED01-19-02-12-J_193.jpg,
VERSED01-19-02-12-J_194.jpg, VERSED01-19-02-12-J_195.jpg,
VERSED01-19-02-12-J_196.jpg, VERSED01-19-02-12-J_197.jpg,
VERSED01-19-02-12-J_198.jpg, VERSED01-19-02-12-J_199.jpg,
VERSED01-19-02-12-J_200.jpg, VERSED01-19-02-12-J_201.jpg,
VERSED01-19-02-12-J_202.jpg, VERSED01-19-02-12-J_203.jpg,
VERSED01-19-02-12-J_204.jpg, VERSED01-19-02-12-J_205.jpg,
VERSED01-19-02-12-J_206.jpg, VERSED01-19-02-12-J_207.jpg,
VERSED01-19-02-12-J_208.jpg, VERSED01-19-02-12-J_209.jpg,
VERSED01-19-02-12-J_210.jpg, VERSED01-19-02-12-J_211.jpg,
VERSED01-19-02-12-J_212.jpg, VERSED01-19-02-12-J_213.jpg,
VERSED01-19-02-12-J_214.jpg, VERSED01-19-02-12-J_215.jpg,
VERSED01-19-02-12-J_216.jpg, VERSED01-19-02-12-J_217.jpg,
VERSED01-19-02-12-J_218.jpg, VERSED01-19-02-12-J_219.jpg,
VERSED01-19-02-12-J_220.jpg, VERSED01-19-02-12-J_221.jpg,
VERSED01-19-02-12-J_222.jpg, VERSED01-19-02-12-J_223.jpg,
VERSED01-19-02-12-J_224.jpg, VERSED01-19-02-12-J_225.jpg,
VERSED01-19-02-12-J_226.jpg, VERSED01-19-02-12-J_227.jpg,
VERSED01-19-02-12-J_228.jpg, VERSED01-19-02-12-J_229.jpg,

- **Individual Photographs:** VERSED01-19-02-12-J_230.jpg, VERSED01-19-02-12-J_231.jpg,
VERSED01-19-02-12-J_232.jpg, VERSED01-19-02-12-J_233.jpg,
VERSED01-19-02-12-J_234.jpg, VERSED01-19-02-12-J_235.jpg,
VERSED01-19-02-12-J_236.jpg, VERSED01-19-02-12-J_237.jpg,
VERSED01-19-02-12-J_238.jpg, VERSED01-19-02-12-J_239.jpg,
VERSED01-19-02-12-J_240.jpg, VERSED01-19-02-12-J_241.jpg,
VERSED01-19-02-12-J_242.jpg, VERSED01-19-02-12-J_243.jpg,
VERSED01-19-02-12-J_244.jpg, VERSED01-19-02-12-J_245.jpg,
VERSED01-19-02-12-J_246.jpg, VERSED01-19-02-12-K_001.jpg,
VERSED01-19-02-12-K_002.jpg, VERSED01-19-02-12-K_003.jpg,
VERSED01-19-02-12-K_006.jpg, VERSED01-19-02-12-K_007.jpg,
VERSED01-19-02-12-K_008.jpg, VERSED01-19-02-12-K_009.jpg,
VERSED01-19-02-12-K_010.jpg, VERSED01-19-02-12-K_011.jpg,
VERSED01-19-02-12-K_012.jpg, VERSED01-19-02-12-K_013.jpg,
VERSED01-19-02-12-K_014.jpg, VERSED01-19-02-12-K_015.jpg,



VERSED01-19-02-12-K_016.jpg, VERSED01-19-02-12-K_017.jpg,
VERSED01-19-02-12-K_018.jpg, VERSED01-19-02-12-K_019.jpg,
VERSED01-19-02-12-K_020.jpg, VERSED01-19-02-12-K_021.jpg,
VERSED01-19-02-12-K_022.jpg, VERSED01-19-02-12-K_023.jpg,
VERSED01-19-02-12-K_024.jpg, VERSED01-19-02-12-K_025.jpg,
VERSED01-19-02-12-K_026.jpg, VERSED01-19-02-12-K_027.jpg,
VERSED01-19-02-12-K_028.jpg, VERSED01-19-02-12-K_029.jpg,
VERSED01-19-02-12-K_030.jpg, VERSED01-19-02-12-K_031.jpg,
VERSED01-19-02-12-K_032.jpg, VERSED01-19-02-12-K_033.jpg,
VERSED01-19-02-12-K_034.jpg, VERSED01-19-02-12-K_035.jpg,
VERSED01-19-02-12-K_036.jpg, VERSED01-19-02-12-K_037.jpg,
VERSED01-19-02-12-K_038.jpg, VERSED01-19-02-12-K_039.jpg,
VERSED01-19-02-12-K_040.jpg, VERSED01-19-02-12-K_041.jpg,
VERSED01-19-02-12-K_042.jpg, VERSED01-19-02-12-K_043.jpg,
VERSED01-19-02-12-K_044.jpg, VERSED01-19-02-12-K_045.jpg,

- **Individual Photographs:** VERSED01-19-02-12-K_046.jpg, VERSED01-19-02-12-K_047.jpg,
VERSED01-19-02-12-K_048.jpg, VERSED01-19-02-12-K_050.jpg,
VERSED01-19-02-12-K_051.jpg, VERSED01-19-02-12-K_052.jpg,
VERSED01-19-02-12-K_053.jpg, VERSED01-19-02-12-K_054.jpg,
VERSED01-19-02-12-K_055.jpg, VERSED01-19-02-12-K_056.jpg,
VERSED01-19-02-12-K_057.jpg, VERSED01-19-02-12-K_058.jpg,
VERSED01-19-02-12-K_059.jpg, VERSED01-19-02-12-K_060.jpg,
VERSED01-19-02-12-K_061.jpg, VERSED01-19-02-12-K_062.jpg,
VERSED01-19-02-12-K_064.jpg, VERSED01-19-02-12-K_065.jpg,
VERSED01-19-02-12-K_066.jpg, VERSED01-19-02-12-K_067.jpg,
VERSED01-19-02-12-K_068.jpg, VERSED01-19-02-12-K_069.jpg,
VERSED01-19-02-12-K_070.jpg, VERSED01-19-02-12-K_071.jpg,
VERSED01-19-02-12-K_072.jpg, VERSED01-19-02-12-K_073.jpg,
VERSED01-19-02-12-K_074.jpg, VERSED01-19-02-12-K_075.jpg,
VERSED01-19-02-12-K_076.jpg, VERSED01-19-02-12-K_077.jpg,
VERSED01-19-02-12-K_078.jpg, VERSED01-19-02-12-K_079.jpg,
VERSED01-19-02-12-K_080.jpg, VERSED01-19-02-12-K_081.jpg,
VERSED01-19-02-12-K_082.jpg, VERSED01-19-02-12-K_083.jpg,
VERSED01-19-02-12-K_084.jpg, VERSED01-19-02-12-K_085.jpg,
VERSED01-19-02-12-K_086.jpg, VERSED01-19-02-12-K_087.jpg,
VERSED01-19-02-12-K_088.jpg, VERSED01-19-02-12-K_089.jpg,
VERSED01-19-02-12-K_090.jpg, VERSED01-19-02-12-K_091.jpg,
VERSED01-19-02-12-K_093.jpg, VERSED01-19-02-12-K_094.jpg,
VERSED01-19-02-12-K_095.jpg, VERSED01-19-02-12-K_096.jpg,
VERSED01-19-02-12-K_097.jpg, VERSED01-19-02-12-K_098.jpg,
VERSED01-19-02-12-K_099.jpg, VERSED01-19-02-12-K_100.jpg,
VERSED01-19-02-12-K_101.jpg, VERSED01-19-02-12-K_102.jpg,
VERSED01-19-02-12-K_103.jpg, VERSED01-19-02-12-K_104.jpg,
VERSED01-19-02-12-K_105.jpg, VERSED01-19-02-12-K_106.jpg,
VERSED01-19-02-12-K_107.jpg, VERSED01-19-02-12-K_108.jpg,

- **Individual Photographs:** VERSED01-19-02-12-K_110.jpg, VERSED01-19-02-12-K_111.jpg,
VERSED01-19-02-12-K_112.jpg, VERSED01-19-02-12-K_113.jpg,
VERSED01-19-02-12-K_114.jpg, VERSED01-19-02-12-K_115.jpg,
VERSED01-19-02-12-K_116.jpg, VERSED01-19-02-12-K_117.jpg,
VERSED01-19-02-12-K_118.jpg, VERSED01-19-02-12-K_119.jpg,
VERSED01-19-02-12-K_120.jpg, VERSED01-19-02-12-K_121.jpg,
VERSED01-19-02-12-K_122.jpg, VERSED01-19-02-12-K_123.jpg,
VERSED01-19-02-12-K_124.jpg, VERSED01-19-02-12-K_125.jpg,
VERSED01-19-02-12-K_126.jpg, VERSED01-19-02-12-K_127.jpg,
VERSED01-19-02-12-K_128.jpg, VERSED01-19-02-12-K_129.jpg,
VERSED01-19-02-12-K_130.jpg, VERSED01-19-02-12-K_131.jpg,

VERSED01-19-02-12-K_132.jpg, VERSED01-19-02-12-K_133.jpg,
VERSED01-19-02-12-K_134.jpg, VERSED01-19-02-12-K_135.jpg,
VERSED01-19-02-12-K_136.jpg, VERSED01-19-02-12-K_137.jpg,
VERSED01-19-02-12-K_138.jpg, VERSED01-19-02-12-K_139.jpg,

## Completion/Publication

**Year of Completion:** 2019

## Author

- **Author:** Troy R Covey
- **Author Created:** photographs
- **Work made for hire:** No
- **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Troy R Covey
311 W 47th St, Apt 3A, New York, NY, 10036

## Certification

**Name:** Troy Covey
**Date:** March 18, 2019
**Applicant's Tracking Number:** VERSED01-GROUP_4_OF_5

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT "C"



